JAMES A. ZISKA et al., Appellants, v BANK OF AMERICA, N.A., et al., Respondents. [952 NYS2d 445]—

The court providently exercised its discretion in dismissing the action, given that plaintiffs' tort and breach of contract claims are based on real property located in California, the claims lack a substantial nexus to New York, California law governs the claims, and the documentary evidence and witnesses are primarily located in California and states other than New York (*see Islamic Republic of Iran v Pahlavi*, 62 NY2d 474, 479 [1984], *cert denied* 469 US 1108 [1985]). That defendants may have business locations in New York, and that plaintiffs' note and deed of trust were eventually securitized by a New York trust, are insufficient to create a "factual connection between New York and the dispute" (*Shin-Etsu Chem. Co., Ltd. v ICICI Bank Ltd.*, 9 AD3d 171, 176 [1st Dept 2004]; *see Avery v Pfizer, Inc.*, 68 AD3d 633, 634 [1st Dept 2009]).

We have considered plaintiffs' remaining arguments and find them unavailing. Concur—Tom, J.P., Andrias, Saxe, DeGrasse and Manzanet-Daniels, JJ.